IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 15, 2020, 10:22 am
Michelle Rynne, Clerk of Court

| In the Matter of Gary Victor Dubin | MC 20-00408 DKW-KJM |
|---|---|

## ORDER TO SHOW CAUSE

The Court having recently been advised that an Order of Disbarment was filed in the Supreme Court of the State of Hawaii on September 9, 2020, disbarring Gary Victor Dubin from the practice of law, effective thirty (30) days after the date of entry of that order and; it appearing to the Court that Gary Victor Dubin was admitted to practice before this Court on October 15, 1982;

IT IS HEREBY ORDERED that Gary Victor Dubin show cause within fourteen (14) days of the mailing of this Order why he should not be disbarred from practicing in this Court in accordance with Local Rule 83.4(b). Failure to respond to this order may result in the Court ordering the disbarment of Gary Victor Dubin from practicing before this Court.

In responding to this Order to Show Cause, counsel should be aware of the relevant legal standards applicable to reciprocal discipline. As stated in *In Re Kramer*, 282 F.3d 721, 724 (9th Cir. 2002), "a federal court's imposition of reciprocal discipline on a member of its bar based on a state's disciplinary

adjudication is proper unless an independent review of the record reveals: (1) a deprivation of due process; (2) insufficient proof of misconduct; or (3) grave injustice which would result from imposition of such discipline." Further, it is the burden of the disciplined attorney to demonstrate at least one of the three deficiencies by clear and convincing evidence, *id.*, and this Court presumes the correctness of a state bar court's factual findings. See *Gadda v. Ashcroft*, 377 F.3d 934, 943 (9th Cir. 2004). Finally, an attorney may argue that the conduct warrants a substantially different discipline than applied elsewhere.

Alternatively, Gary Victor Dubin may submit a letter of resignation in lieu of discipline, in which case no disciplinary action will be taken by this Court.

DATED: September 15, 2020 at Honolulu, Hawaii.

DERRICK K. WATSON
UNITED STATES DISTRICT JUDGE

Order to Show Cause- Gary Victor Dubin