IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of Gary Victor Dubin | CIVIL NO. 20-00419 JAO-KJM<br><br>ORDER APPOINTING THREE-JUDGE HEARING PANEL |

## ORDER APPOINTING THREE-JUDGE HEARING PANEL

Pursuant to Judge Jill A. Otake's July 11, 2021 order, ECF No. 38, the following three-judge panel is appointed to this reciprocal discipline matter: District Judge Leslie E. Kobayashi, District Judge Jill A. Otake, and Chief Magistrate Judge Kenneth J. Mansfield.  Judge Otake shall serve as panel chair, and the date of the hearing shall be determined by the panel.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 12, 2021.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge