KEITH M. KIUCHI, ALC
KEITH M. KIUCHI #2735
American Savings Bank Tower
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
TEL.: (808) 533-2230; FAX: (808) 533-4391

Appearing Attorney for Gary Victor Dubin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In the Matter of Gary Victor Dubin | ) | CIVIL NO. 20-00419 JAO-KJM |
| | ) | |
| Respondent. | ) | RESPONDENT GARY VICTOR |
| | ) | DUBIN'S REQUEST FOR |
| | ) | ADDITIONAL TIME TO SUBMIT |
| | ) | DECLARATION OF JOHN D. WAIHEE |
| | ) | III |
| _____ | ) | |

**RESPONDENT GARY VICTOR DUBIN'S REQUEST FOR ADDITIONAL TIME TO SUBMIT DECLARATION OF JOHN D. WAIHEE III**

This Court's order of July 9, 2021 permitted Respondent GARY VICTOR DUBIN and his counsel to respond to: "to submit a declaration, by July 28, 2021, for former Governor John Waihee, who served as Respondent's counsel in his state disciplinary proceedings."

This request is made to this Court, which is now to be heard by a Three-Judge Hearing Panel pursuant to the Order filed on July 12, 2021, to extend the

time to submit the Declaration of former Governor John D. Waihee III from July 28, 2021 to August 2, 2021.  The request is made for the following reasons:

    1.    On Monday, July 26, 2021, Mr. Dubin's Memorandum in Opposition to DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND FOR ACTUAL AND PUNITIVE CIVIL RIGHTS DAMAGES, filed on June 17, 2021, in that matter entitled: Gary Victor Dubin, et. al. vs. The Supreme Court of the State of Hawaii, et. al.; CV 21-00175 JAO-KJM, was due.  That deadline was extended in part because the undersigned was out of state on vacation.  Mr. Dubin has drafted a large part of this Memorandum in Opposition (with the assistance of the undersigned), which was filed on Monday.

    2.    Also due on July 26, 2021 is Mr. Dubin's Memorandum in Opposition to DEFENDANT LAWYERS' FUND FOR CLIENT PROTECTION'S SUBSTANTIVE JOINDER IN DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND FOR ACTUAL AND PUNITIVE CIVIL RIGHTS DAMAGES OR IN THE ALTERNATIVE, MOTION TO ABSTAIN in the matter described in Paragraph 1.  Mr. Dubin has asked the undersigned to e-mail opposing counsel on that matter asking for another week to file this Memorandum in Opposition.  When opposing counsel did not agree to an extension a request for an extension to Friday, July 30,

2021 was filed. Thus, Mr. Dubin and I had two major documents due on Monday, July 26, 2021 and only one was completed. Mr. Dubin's health, as detailed below, does not allow him to work for long stretches of time.

3. That the declaration of John D. Waihee III must be drafted by Mr. Dubin because he alone has had communications with Gov. Waihee both during the process before the Office of Disciplinary Counsel and after.

4. Since Mr. Dubin's fall down concrete stairs on April 19, 2021, he has had several physical problems. Initially Mr. Dubin was hospitalized for about ten days because he was diagnosed with 18 cracked ribs, which was followed by extensive rehabilitation at home. During the entire time from April 19, 2021, Mr. Dubin has been on pain medication which amount to highly addictive opioids. Mr. Dubin's physical condition is such that he cannot sit upright for long periods of time to work in his own defense on this matter, and for Plaintiffs in the related matters. Mr. Dubin's physical condition is such that he is only able to work 4 hours a day, and that only began about two weeks ago.

5. As counsel for Mr. Dubin in this matter I can attest that his physical condition has limited his ability to work on his own behalf. While I have assisted him in the related matter (which is why the request was made for additional time for the memorandum in opposition to be filed), my ability to assist him in this

3

matter is limited by my lack of knowledge as to the specific proceedings and his discussions with former Gov. Waihee.

6. I have had several conversations with former Gov. Waihee since this Court's July 12, 2021 order, but again, because I was not present during the disciplinary proceedings and I was not privy to the actual conversations between Mr. Dubin and former Gov. Waihee, I am unable to contribute very much to assisting Mr. Dubin in drafting Gov. Waihee's declaration.

Based upon the foregoing, Mr. Dubin respectfully asks this Court to extend the time to submit the Declaration of former Governor John D. Waihee III from July 28, 2021 to August 2, 2021.

DATED:  Honolulu, Hawaii, July 28, 2021.

/s/ Keith M. Kiuchi

_____
KEITH M. KIUCHI
Attorney for Gary Victor Dubin