KEITH M. KIUCHI, ALC
KEITH M. KIUCHI #2735
American Savings Bank Tower
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
TEL.: (808) 533-2230; FAX: (808) 533-4391

Appearing Attorney for Gary Victor Dubin

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In the Matter of Gary Victor Dubin | ) | CIVIL NO. 20-00419 JAO-KJM |
| | ) | |
| Respondent. | ) | MOTION FOR RECONSIDERATION OF |
| | ) | DENIAL IN PART OF RESPONDENT |
| | ) | GARY VICTOR DUBIN'S REQUEST |
| | ) | FOR ADDITIONAL TIME TO SUBMIT |
| | ) | DECLARATION OF JOHN D. WAIHEE |
| _____ | ) | III |

## MOTION FOR RECONSIDERATION OF DENIAL IN PART OF RESPONDENT GARY VICTOR DUBIN'S REQUEST FOR ADDITIONAL TIME TO SUBMIT DECLARATION OF JOHN D. WAIHEE III

The undersigned files this Motion for Reconsideration of this Court's denial

in part of Gary Victor Dubin's Request for Additional Time to Submit the

Declaration of John D. Waihee III, which this Court, by a Minute Order filed on

July 29, 2021 denied in part and granted in part, and ordered that the Declaration of

John D. Waihee III be submitted by noon on July 30, 2021.  For the reasons set

forth below, the undersigned respectfully requests that this deadline be moved to

August 2, 2021.

The request is made for the following reasons:

1.     I am presently involved with former Gov. John D. Waihee III in matters involving the acquisition of real property or the leasing of real property in Honolulu.  The entity attempting to acquire these properties is my client, but I have enlisted the assistance of Gov. Waihee in these matters.  I will have conference calls with Gov. Waihee tomorrow morning, July 30, 2021, regarding these acquisitions and I know that Gov. Waihee is not available this afternoon to discuss his declaration or make changes to his declaration because he is involved in matters related to these acquisitions, pursuant to my request.

2.     It was never intended for Mr. Dubin to write Gov. Waihee's declaration, but Gov. Waihee did want Mr. Dubin to review his declaration after they spoke.  Further, from my discussions with Gov. Waihee regarding his declaration, his declaration would not be repetitive when compared to Mr. Dubin's statements.  There are specific matters that Gov. Waihee will recall, such as a statement made by former Judge Nakea, that were not heard by Mr. Dubin.  I know that because I have directly spoken to Gov. Waihee about this.

3.     Mr. Dubin has not been preparing the extension requests to this Court. I have been preparing the extension requests but as to the request that was filed on Monday, because I had the work due this week (as stated below) and because I did

2

not have any staff after 4:00 p.m. on Monday and could not find my USDC

password, Mr. Dubin offered to file the extension request for me.

4.      To clarify my previous statements regarding the filing of documents

in this case and in the 2021 lawsuit that were due on Monday, I have had the

assistance of Mr. Dubin for assistance in the filings in the 2021 lawsuit because I

had due, on Monday through Wednesday of this week, five separate oppositions to

lender's motions for summary judgment in the Hawaii state courts.  All five of

these cases were Mr. Dubin's clients, and I have now taken over 185 cases of

clients that were clients of Mr. Dubin.  Attorneys for lenders have filed several

motions for summary judgment in state courts for Mr. Dubin's former clients that I

have had to defend on a pro bono basis, and that volume has been higher after the

Hawai`i Supreme Court's decision in ***U.S. Bank Trust, N.A., as Trustee for LSF9***

***Master Participation Trust vs. Patrick Lowell Verhagen***; SCWC-17-0000746

(June 21, 2021), which changed what was required from lenders to obtain a

foreclosure, and has caused lenders to file several motions for summary judgment

since June 21, 2021.

5.      It is unfair to conclude that either Mr. Dubin or I have in any way

been dilatory.  Three major submissions were scheduled within 48 hours of one

another, and as to Gov. Waihee's declaration, we are asking for only one additional

3

court day to file Gov. Waihee's declaration.  I do, however, take responsibility for not advising the court previously of my caseload this past week.

6.      The Court's criticism of Mr. Dubin is not warranted.  His physicians have provided this Court with a summary of his medical situation.  He is being released from rehabilitation next Monday.  Mr. Dubin's medical condition is very real.  Because he is able to work only 4 hours a day, Mr. Dubin and I communicate primarily by e-mail, as that allows him to communicate when he is able to, rather than me attempting to reach him by phone.  This is not an ideal situation given that much of the information for these filings come from Mr. Dubin.  I take full responsibility for not adequately explaining to this Court my own caseload and how it affected the filings in this matter and the 2021 lawsuit.

7.      To clarify the representation in the 2021 lawsuit, I represent Mr. Dubin and Mr. Dubin represents the client individuals, who are all former clients of his.  I apologize for this not being explained earlier.  Furthermore, parties who are attorneys often appear as co-counsel in a case, but the Court can nevertheless restrict advocacy at hearings and trial to one counsel, which we fully respect.  But such a limitation has never been applied to the filing of court papers.

8.      This request is being made because I have personal knowledge that Gov. Waihee will not be available to assist in completing his declaration by noon

tomorrow, and I am respectfully requesting an extension to Monday, August 2, 2021.

DATED:  Honolulu, Hawaii, July 29, 2021.

/s/ Keith M. Kiuchi

_____

KEITH M. KIUCHI
Attorney for Gary Victor Dubin