KEITH M. KIUCHI, ALC
KEITH M. KIUCHI #2735
American Savings Bank Tower
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
TEL.: (808) 533-2230; FAX: (808) 533-4391

Appearing Attorney for Gary Victor Dubin

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In the Matter of Gary Victor Dubin | ) | CIVIL NO. 20-00419 JAO-KJM |
| | ) | |
| Respondent. | ) | DECLARATION OF KEITH M. KIUCHI |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF KEITH M. KIUCHI

Pursuant to this Court's minute order entered on August 30, 2021 as

Document No. 50, KEITH M. KIUCHI, does declare and say:

1. That all of the statements in this Declaration are within my personal

knowledge.

2. That he is the attorney for Gary Victor Dubin in the above-entitled

matter.

3. ECF No. 45 was filed on August 25, 2021, ECF No. 46 was filed on

August 26, 2021, and ECF No. 49 was filed on August 30, 2021.

4.      When Mr. Dubin contacted me about filing ECF Nos. 45, 48, and 49,

which were not documents filed pursuant to a deadline, I informed Mr. Dubin that

I was extremely busy with my own caseload, which includes Mr. Dubin's former

clients.  Mr. Dubin asked that I review the documents, which I did, and then he

offered to file them on my behalf because I was so busy.  The only reason Mr.

Dubin filed the documents on my behalf was because of my caseload which

resulted in him offering to file the documents.  My electronic signature does appear

on these documents, and I authorized that my electronic signature be affixed to the

document and I did authorize Mr. Dubin to file the documents.

5.      I apologize to this Court for the oversight in the documents being filed

by Mr. Dubin, but that was solely based upon my workload for last week.  I will

assure the Court that I will file future pleadings under my name in the future.

8.      I should also inform this Court that for the hearing set for September

8, 2021 at 9:45 a.m., that I have a hearing set in the Second Circuit Court at 9:30

a.m. on a case involving one of Mr. Dubin's former clients and would appreciate

that hearing being held at 10:00 a.m., and that I will argue on behalf of Mr. Dubin.

I declare, under penalty of law, that the foregoing is true and correct to the best of my information and belief.

DATED:  Honolulu, Hawaii, August 31, 2021.

/s/ Keith M. Kiuchi

KEITH M. KIUCHI