# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**MICHELLE RYNNE**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 1, 2021

Ninth Circuit Court of Appeals
James R. Browning United States Courthouse
95 Seventh Street
San Francisco, CA 94103-1518

Re: In the Matter of Gary Victor Dubin
USDC HI Case No. CV 20-00419 JAO-KJM

Dear Clerk,

Enclosed, please find a certified copy of the "Order of Disbarment" filed on September 30, 2021 by U.S. District Judge Leslie E. Kobayashi, U. S. District Judge Jill A. Otake and U.S. Magistrate Judge Kenneth J. Mansfield in the above-referenced case.

Sincerely Yours,

Michelle Rynne, Clerk

By: /s/ EA, Deputy Clerk

cc: Clerk, United States Supreme Court
    Clerk, Hawaii Supreme Court